IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

ROBERTA ANSON,

      Plaintiff,

v.                                                Case No. 2:20-cv-2346-DDC

HCP PRAIRIE VILLAGE KS OPCO LLC., et al.,

      Defendants.

## ORDER TO SHOW CAUSE

Typically after all defendants have been served and have filed an answer or responsive pleading, the undersigned U.S. Magistrate Judge, James P. O'Hara, issues a preliminary case-management order and sets the case for a scheduling conference pursuant to Fed. R. Civ. P. 16(b).  In this case, however, defendants have filed a motion to dismiss for failure to state a claim (ECF No. 15).  Thus, in consideration of the dictates of Fed. R. Civ. P. 1, the court orders the parties to show cause why discovery and related pretrial proceedings (including the scheduling conference) should not be stayed until after the presiding U.S. District Judge, Daniel D. Crabtree, rules the pending dispositive motion.

IT IS THEREFORE ORDERED that the parties shall respond to this order by **August 11, 2020.**

Dated August 4, 2020, at Kansas City, Kansas.

                                                          s/ James P. O'Hara
                                                          James P. O'Hara
                                                          U.S. Magistrate Judge